AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

WILLIAM WHITE,

    Plaintiff,

V.

JO ANNE BARNHARD, et al.,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:06-CV-00198-BES-VPC**

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

\_X\_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Plaintiff's Motion for Reversal (Doc #9) is GRANTED, and Defendant's Cross Motion for Affirmance of the Commissioner's Decision (Doc #12) is DENIED. This action is REVERSED AND REMANDED.

   March 18, 2008                                          **LANCE S. WILSON**
                                                                                  Clerk

                                                                                  /s/ Daniel R. Morgan
                                                                                  Deputy Clerk